| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEW JERSEY | |
| Case number *(if known)* _____    Chapter   11 | |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    Custom Metal Fabrication LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    87-3992139

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 60 Herbert Avenue<br>Closter, NJ 07624 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Bergen | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**    _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Custom Metal Fabrication LLC                                     Case number (*if known*)
        Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   2389

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply:*
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ☒ No.
   - ☐ Yes.

   District _____   When _____   Case number _____
   District _____   When _____   Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ☒ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor  AI Design LLC                              Relationship  Affiliate

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor   Custom Metal Fabrication LLC _____   Case number (*if known*) _____
          Name

|  |  |  |  |  |
|---|---|---|---|---|
| District | District of New Jersey | When | 10/07/2023 | Case number, if known  23-18795 |

**11.   Why is the case filed in *this district?***   *Check all that apply:*

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.   Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐  It needs to be physically secured or protected from the weather.
☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐  Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name     _____
         Phone            _____

---

**Statistical and administrative information**

**13.   Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.   Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15.   Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.   Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Custom Metal Fabrication LLC                                              Case number (*if known*)
        Name

|   | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 7, 2023
              MM / DD / YYYY

**X** /s/ Leeron Mosayov                                    Leeron Mosayov
Signature of authorized representative of debtor            Printed name

Title  Managing Member

**18. Signature of attorney**

**X** /s/ Rosemarie E. Matera                               Date  October 7, 2023
Signature of attorney for debtor                                  MM / DD / YYYY

Rosemarie E. Matera, Esq.
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road
Suite 237
Scarsdale, NY 10583
Number, Street, City, State & ZIP Code

Contact phone  (914) 401-9503         Email address  RMatera@kacllp.com

_____
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

**United States Bankruptcy Court**
**District of New Jersey**

In re: Custom Metal Fabrication LLC

Debtor(s)

Case No.

Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Leeron Mosayov, declare under penalty of perjury that I am the Managing Member of Custom Metal Fabrication LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 6th day of October, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mor Mosayov and/or Leeron Mosayov, Members of this Corporation are each authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Mor Mosayov and/or Leeron Mosayov, Members of this Corporation are each authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Mor Mosayov and/or Leeron Mosayov, Members of this Corporation are each authorized and directed to employ Rosemarie Matera and Julie Curley, attorneys and the law firm of Kirby Aisner & Curley LLP to represent the corporation in such bankruptcy case."

Date: October 6, 2023

Signed: /s/ Leeron Mosayov
Leeron Mosayov

# United States Bankruptcy Court
### District of New Jersey

In re: Custom Metal Fabrication LLC
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Leeron Mosayov<br>38 Sherman Avenue<br>Closter, NJ 07624 | | | 99% |
| Mor Mosayov<br>38 Sherman Avenue<br>Closter, NJ 07624 | | | 1% |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: October 7, 2023

Signature: /s/ Leeron Mosayov
Leeron Mosayov

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re   Custom Metal Fabrication LLC                                   Case No.   _____
                            Debtor(s)                                  Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:   October 7, 2023              /s/ Leeron Mosayov
                                     Leeron Mosayov/Managing Member
                                     Signer/Title

# United States Bankruptcy Court
### District of New Jersey

In re: Custom Metal Fabrication LLC, Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Custom Metal Fabrication LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

October 7, 2023
Date

/s/ Julie Curley
Julie Curley
Signature of Attorney or Litigant
Counsel for  Custom Metal Fabrication LLC
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, NY 10583
(914) 401-9503  Fax:
jcurley@kacllp.com

A.L.E. Hydraulic Machinery Co., LLC
6215 Airport Rd
Levittown, PA 19057


Able Rental Equipment
83 Gross Ave
Edison, NJ 08837


Admiral Metals
c/o Millennium Collections Corp
PO Box 6899
Vero Beach, FL 32961-6899


Alliant Lift Truck
56 E. Railway Ave
Paterson, NJ 07503


American Awning & Sign Depot
847c Whittier Street
Bronx, NY 10474


American Express
200 Vesey Street
New York, NY 10285


Apex Machine Group
4700 Olson Memorial Hwy
Minneapolis, MN 55422


Bear Glass
217-44 98th Avenue
Queens Village, NY 11429


Bear Glass NJ Inc
359 Essex Road
Neptune, NJ 07753


Capital One
Attn: President/CEO
1680 Capital One Drive
Mc Lean, VA 22102


CDF Engineering Group LLC
P.O. Box 2985
Wailuku, HI 96793


Chase Bank
270 Park Ave 31st Floor
New York, NY 10017


Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

CIT Bank, NA
155 Commerce Way
Portsmouth, NH 03801


Connecticut Saw & Tool LLC
140 Avon Street
Stratford, CT 06615


Corporate Intelligence Services LLC
26 Pleasant St Ste 3B
Concord, NH 03301


Corporation Service Company
As representative  P.O Box 2576
Springfield, IL 62708


CR Laurence Co Inc
PO Box 208952
Dallas, TX 75320-8952


De Lage Landen Financial
c/o Pucin & Friedland PC
935 National Pkwy Ste 40
Schaumburg, IL 60173


DEC Copiers Leasing
6A Route 9W
West Haverstraw, NY 10993


DeHaan& Bach
25 Whitney Dr
Milford, OH 45150


Direct Capital
155 Commerce Way
Portsmouth, NH 03801


Direct Capital
155 Commerce Way
03801


Eastern Machinery/Keith LeBoeuf
75 Hartpence Road
Milford, NJ 08848


Excel Pest Services
1020 Teaneck Rd
Teaneck, NJ 07666


First-Citizens Bank & Trust Company
Attn Peter Donth
PO Box 856502
Minneapolis, MN 55485-6502

Full Value Trucking Corp
46 Delavan Pl Fl 1
Newark, NJ 07104


Goldman & Pease LLC
160 Gould Street, Ste 320
Needham Heights, MA 02494


Headway Line of Credit


Herbert Avenue Assoc LLC
412 8th Avenue, 7th Floor
New York, NY 10011


Herc Rentals Inc
27500 Riverview Center Blvd, Ste 100
Bonita Springs, FL 34134


Highland Capital Corporation
1 Passaic Avenue
Fairfield, NJ 07004


Highland Capital Corporation
1 Passaic Avenue
Fairfield, NJ 07004


Highland Capital Corporation
370 Pascack Rd
Township of Washington, NJ 07676


IMP Plumbing & Heating Corp
412 8th Avenue, 7th Flr
New York, NY 10001


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


J P Morgan Chase Bank
Collateral MGMT Small Business
P.O Box 33035
Louisville, KY 40232-9891


JFC&C Corp.
99 Madison Ave
New York, NY 10016


Jordan D. Yuelys Esq.
505 Main Street, Ste 304
Hackensack, NJ 07601


JP Morgan Chase Bank
Collateral MGMT Small Business
Louisville, KY 40232-9891

```
JPMorgan Chase
Attn: Business Banking
250 Pehle Ave, Ste 105
Saddle Brook, NJ 07663


JPMorgan Chase Bank
Attn: Business Banking
250 Pehle Ave, Ste 105
Saddle Brook, NJ 07663


Law Office of Eiza D. Stahl, PC
1050 Grand Blvd.
Deer Park, NY 11729


Law Offices of Dennis J. Francis Esq LLC
37 Liberty Street, Suite 1
Little Ferry, NJ 07643


M&A Hardware Inc.
4135 Bruner Ave
Bronx, NY 10466


Mahmut Malkamak


Maselli Mills & Fornal PC
Attn: Melissa M. Nelson, Esq.
400 Alexander Park, Ste 101
Princeton, NJ 08540


Mcmaster-Carr
200 New Canton Way
Trenton, NJ 08691-2343


McMaster-Carr
PO Box 5370
Princeton, NJ 08543-5370


Medina Law Firm LLC
641 Lexington Ave, 13th Flr
New York, NY 10022


Midland States Bank
1801 Park 270 Drive, Suite 200
Saint Louis, MO 63146


MTA Bridges and Tunnels
Daniel DeCrescenzo
President Randall's Island
New York, NY 10035-0035


New Jersey Div of Taxation Bkcy Unit
3 John Fitch Way, 5th Flr PO Box 245
Trenton, NJ 08695-0245
```

```
NJ Dept of Labor
Div of Employer Accounts PO Box 379
Trenton, NJ 08625-0379


NorthEast Door Glass
1271 Hempstead Tpke.
Elmont, NY 11003


Northeast Gas Services Inc.
c/o Law Office of Michael Baer LLC
412 Cedar Lane, 2nd Floor West
Teaneck, NJ 07666


Office of the NJ Atty General Div of Law
Richard J Hughes Justice Complex
25 Market Street, PO Box 112
Trenton, NJ 08625-0112


Office of the US Trustee Region 3
One Newark Center
1085 Raymond Blvd Ste 2100
Newark, NJ 07102


Platinum Services/Rock Group
53-28 11th St
Long Island City, NY 11101


Proglass Inc
PO  Box 280
Shelton, WA 98584


PSE&G
80 Park Pl
Newark, NJ 07102


Quast Consulting & Testing
1055 Indianhead Drive
Mosinee, WI 54455


Rock Group NY Corp
53-18 11TH Street, 2nd Floor
Long Island City, NY 11101


Rockland Electric
143 Main St
Nanuet, NY 10954


S and J Sheet Metal
526 E 134th Street
Bronx, NY 10454


Samsung Landscape
763 Closter Dock Rd
Closter, NJ 07624
```

Secured Lender Solutions LLC
P.O Box 2576
Springfield, IL 62708

Sherwin Williams Co
c/o DeHaan & Bach 25 Whitney Dr, Ste 106
Milford, OH 45150

Stenson Tamaddon LLC
One N Central Ave Ste 1030
Phoenix, AZ 85004

Stentam Tamaddon LLC
111 W Monroe St, 17th Floor
Phoenix, AZ 85003

Sunbelt Rentals
77 NY-59
Spring Valley, NY 10977

Swing Staging LLC
c/o Allen & Associates 147 Willis Ave
Mineola, NY 11501

TD Bank

Toyota Industries Commercial Finance Inc
P.O Box 9050
Coppell, TX 75019-9050

Travelers Insurance
PO BOX 660317
Dallas, TX 75266

Trend Manufacturing
440 Eagle Rock Ave
Roseland, NJ 07068

U.S Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

U.S Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203

U.S Small Business Administration
(New Jersey District Office)
Two Gateway Center, Suite 1002
Newark, NJ 07102

WW Grainger Inc
c/o Richard T Avis & Assoc LLC
PO Box 31579
Chicago, IL 60631