UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X
In re:

CUSTOM METAL FABRICATION, LLC,

                     Debtor,

-------------------------------------------------------------X

Case No.: 23-18796-SLM

**NOTICE OF APPEARANCE**

In accordance with *Fed.Bankr.P*. 9010(b), the following attorney appears in this case on behalf of Promethean Builders LLC:

    SILLS CUMMIS & GROSS P.C.
    The Legal Center
    One Riverfront Plaza
    Newark, New Jersey 07102
    (973) 643-7000
    cparker@sillscummis.com

Dated: Newark, New Jersey
        January 7, 2025

                                       **SILLS CUMMIS & GROSS P.C.**

                                       By: _/s/ Craig H. Parker_____
                                              Craig H. Parker, Esq.
                                              *Attorneys for Promethean Builders LLC*

12853752.v1